UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIO HABIB MOUAZEB,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>VITALY FARGESEN, et al,<br>　　　　　　　　　Defendants. | 21-CV-9226 (JPO) |
| STANDMILL S.R.O,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>VITALY FARGESEN, et al,<br>　　　　　　　　　Defendants. | 22-CV-1537 (JPO)<br><br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　The motion to consolidate these cases is hereby granted. All future filings relating to either case shall be filed in the lead case, 21-CV-9226. All counsel in 22-CV-1537 shall file appearances in 21-CV-9226 within 7 days. Despite such consolidation, the consolidated cases "retain their separate identities," *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018), and this order does not affect the rights of the parties in either of the consolidated cases.

　　The scheduling order entered on June 28, 2022, in 21-CV-9226 shall govern both consolidated cases.

　　For administrative purposes, the Clerk of Court is directed to close 22-CV-1537. The Clerk is also directed to close the motion at Docket Number 827 in 21-CV-9226.

SO ORDERED.

Dated: October 13, 2022
       New York, New York

                                                        _____
                                                            J. PAUL OETKEN
                                                         United States District Judge